MEMORANDUM OF NON-JURY TRIAL

# United States District Court

### For the Western District of Pennsylvania

Amos Keyes

_____ Plaintiff

vs.

Officier Daniel Russo, et. al.,

_____ Defendant

No. 05-104 E

10-25-05

HEARING ON Mtn. to Depose (#11)

Before Judge McLaughlin

Paul Suske                    Edmond Joyal

_____          _____
Appear for Plaintiff              Appear for Defendant

Hearing begun 3:15 p.m.        Hearing adjourned to

Hearing concluded C. A. V. 3:29 p.m.    Stenographer Ron Bench

WITNESSES:

For Plaintiff                    For Defendant

Mtn. to Depose is DENIED
Disc. extended 14 days
All other pretrial dated dates extended accordingly

∏'s ptrl. stmt. due 12/19/05
Δ's ptrl. stmt. due 1/18/05
Mtn. Filing ddl. 1/18/05
Response to mtn. Deadline Reset 2/16/05