IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMOS KEYES, )<br>    Plaintiff, )<br> )<br>Vs. )<br> )<br>OFFICER DANIEL RUSSO, et al., )<br>    Defendants. ) | Civil Action No. 05-104 Erie |

## **O R D E R**

AND NOW, to with, this 25th day of January, 2006, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed. The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation. It appears no further action is required by the Court at this time.

                                                                              S/Sean J. McLaughlin
                                                                              Sean J. McLaughlin
                                                                              United States District Judge

cc: all parties of record. nk