IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMOS KEYES,                                        :
             Plaintiff                  :
                                          :
        vs.                               :        Civil Action No. 05-104 Erie
                                            :
OFFICER DANIEL RUSSO,                        :
OFFICER PETER MITCHELL, and           :
OFFICER STEVEN DeLUCA                    :
             Defendants          :

## NOTICE OF DISMISSAL BY STIPULATION

The Plaintiff in the above-captioned civil action, Amos Keyes, by and through his counsel, Paul J. Susko, Esq.; and the Defendants, Officer Daniel Russo, Officer Peter Mitchell, and Officer Steven DeLuca, by and through Edmond R. Joyal, Jr., Esq., pursuant to Federal Rule of Civil Procedure 41(a)(1), do hereby file this Notice of Dismissal by Stipulation of the above-captioned civil action with prejudice at the above-referenced docket number.

Respectfully submitted,


s/Paul J. Susko

Dated: February 15, 2006        Paul J. Susko
Pennsylvania I.D. No. 25995
135 East 6th Street
Erie, Pennsylvania 16501
Telephone: 814-455-7612
*Counsel for Plaintiff*


s/Edmond R. Joyal, Jr., Esq.

Dated: February 15, 2006        Edmond R. Joyal, Jr., Esq.
Pennsylvania I.D. No. 65907
975 Two Chatham Center
Pittsburgh, Pennsylvania 15219
Telephone: 412-338-3184
*Counsel for Defendants*